Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicant*
*HYBE Co., Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of HYBE Co., Ltd., <br><br>           Applicant. | CASE NO. 3:24-mc-80175 <br><br> **DECLARATION OF GWANG SU CHOI IN SUPPORT OF APPLICANT'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY IN AID OF A FOREIGN CIVIL PROCEEDING** |

I, Gwang Su Choi, declare that:

1. I am over 18 years of age and I am competent to testify on the matters stated in this declaration. I have personal knowledge of the matters stated herein, unless expressly stated otherwise.

2. This declaration is in support of the Applicant's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Civil Proceeding ("**Application**").

1
DECLARATION OF GWANG SU CHOI

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

3. I am the legal counsel of HYBE Co., Ltd. ("**HYBE**" or "**Applicant**"), a multinational entertainment corporation established in February 2005 under the laws of the Republic of Korea ("**Korea**"). HYBE's principal place of business is in Seoul, Korea. At HYBE, one of my responsibilities is to deal with social media issues, including but not limited to false, defamatory or harassing statements made about the company and/or its artists.

4. HYBE is engaged in the entertainment business with a focus on managing and training K-pop singers, operating a record label, a talent agency, a music production company, an event and concert management company, and a music publishing house. HYBE's subsidiaries include BIGHIT MUSIC Co., Ltd. ("**BIGHIT MUSIC**") (formerly Big Hit Entertainment from 2005 to March 2021).

5. HYBE is a publicly traded company on the Korea Stock Exchange. Through its subsidiary BIGHIT MUSIC, HYBE employs an innovative management style that includes the wide use of social media to cultivate an audience and transform fan engagement and interest into sales, fandom energy and artist-related content. As a result, false allegations, defamatory and/or harassing statements made by anonymous individuals against HYBE, BIGHIT and/or its artists can cause damage to both those being attacked and the HYBE shareholders.

6. On April 28, 2024,[1] an unidentified person using the X handle[2] "@guiltyarchive" (the "**X User**") published numerous posts about HYBE. Attached as **Exhibit 1** is a true and correct screenshot of the posts as of May 2, 2024. The X User's X account is active as of July 10, 2024 and has approximately 116,300 followers.[3]

7. The X User's posts contain false, defamatory and/or harassing statements about the Applicant. These include but are not limited to the following:[4]

(a) X post dated April 28, 2024 (at around 5:32 a.m.): "Hella scary story about

---

[1] All date and time references are based on Korea Standard Time (KST).
[2] An X handle is the username that appears at the end of the user's unique X URL.
[3] https://x.com/guiltyarchive.
[4] Based on my review of the Korean language statements made in the Shorts, I hereby confirm the accuracy of the English translations referenced in these subparagraphs.

2
DECLARATION OF GWANG SU CHOI

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

HYBE / The name of GFriend[5] album = Walpurgis Night / Walpurgis night = day of burning witches / GFriend disbandment date May 1 / LE SSERAFIM debut May 2 / Witches were burnt (disbanded) and the next day sserafim (angel) debuted – there is a year gap but just for ease of understanding" (Original Korean language: "하이브 관련 존나 무서운 이야기 나옴 / 여자친구 앨범 이름 = 발푸르기스의 밤 / 발푸르기스의 밤 = 마녀를 불태우는 날 / 여자친구 해제일 5월 1일 / 르세라핌 데뷔 5월 2일 / 마녀를 태우고(해체) 다음날 세라핌(천사)가 데뷔함 – 1년 간격은 있지만 이해 편의상 말한거임").

(b) X post dated April 28, 2024 (at around 11:46 a.m.): "I'm a reasonable person so if it was a total nonsense, I wouldn't have even posted it / [BTS] did their debut showcase in Ilchi Art Hall / 'Ilchi' in Inchi Art Hall is related to DahnWorld[6] founder" (Original Korean language: "저도 어지간한 사람이라 아예 허황된 개소리같았으면 올리지도 않았음 / 데뷔 쇼케이스도 일지아트홀에서 했는데 / 일지아트홀의 일지는 단월드 창시자의 호임").

While these X posts do not currently appear online because the X User appears to have removed them, there is nothing that stops the X User from posting the comments again on the still active X account.

8. The X User's posts have inflicted significant reputational damage on the Applicant. False allegations, defamatory and/or harassing statements made by the anonymous X User against the Applicant and/or its other artists caused damage to both those being attacked and the company.

9. For example, many HYBE fans from around the world believe that the X User's baseless and false statements are true and are extremely frustrated and upset. These fans sent numerous complaint letters and messages demanding an explanation from HYBE and for HYBE

---

[5] Female K-pop group established by SOURCE MUSIC (which was acquired by HYBE). The group disbanded in 2021.
[6] DahnWorld, a meditation entity in Seoul, Korea, is rumored to be a religious cult. Both DahnWorld and HYBE publicly denied false rumors that they were closely linked or otherwise connected.

3
DECLARATION OF GWANG SU CHOI

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

to stop forcing religious beliefs on its artists. On May 1, 2024, fans of BTS, a boy band established by HYBE, staged a demonstration at HYBE's headquarters by sending trucks with messages on billboards stating: "When will we see artists being protected?" (Original Korean language: "아티스트 보호는 언제?"). On May 2, 2024, BTS fans placed around 30 condolence wreaths in front of HYBE's headquarters, including wreaths with the message: "Amid endless owner risks, we hope BTS will part ways with HYBE" (Original Korean language: "쉴새없는 오너리스크 방탄의 탈하이브 기원한다").[7]

10. To date, HYBE's efforts to locate this anonymous person(s) by searching publicly available information has failed to find the true identity of the X User.

11. Based on the X handle name, and the words and expressions in the posts that were originally published in Korean, we believe that the X User is a native Korean speaker and is likely to be based in Korea. To date, we have not discovered anything that would indicate the X User is a non-Korean citizen or is residing in the US.

12. On July 9, 2024, the Applicant (along with BIGHIT MUSIC Co., Ltd. and SOURCE MUSIC Co., Ltd.) filed a civil lawsuit against the anonymous X User in Seoul, Korea ("**Korean Civil Matter**") for publishing defamatory X posts. The Applicant is claiming defamation pursuant to Articles 750 and 751 of the Civil Act of Korea against the X User.

13. Unless the identity of the anonymous X User is revealed, the Applicant will not be able to proceed with the Korean Civil Matter.

14. The anonymous X User's false, defamatory and/or harassing statements[8] have caused irreparable harm to the Applicant and its artists. The X User may continue to upload false, defamatory and/or harassing statements about HYBE and/or its artists and there is no way for the Applicant to stop him or her from doing so unless the Applicant can proceed with the Korean Civil Matter. We look forward to identifying the person(s) responsible for these statements so that the Applicant's rights can be recognized by the Korean civil court.

---

[7] See https://www.koreatimes.co.kr/www/art/2024/07/398_374010.html.
[8] Since these statements have already been published, we are not seeking any communications or contents of any communications through the Applicant's Section 1782 request for limited discovery.

4

DECLARATION OF GWANG SU CHOI

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United
2  States of America that the foregoing is true and correct.

4      Executed on July 10, 2024

*GWANG SU CHOI*

GWANG SU CHOI

5

DECLARATION OF GWANG SU CHOI

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

*[Korean original]*



**Exhibit 1**

*[Korean original]*



**Exhibit 1**

*[English translation]*

Home
Notifications
Messages
Lists
Bookmarks
Communities
Profile
More
Tweet

**Tweet**

**Guiltyarchive**
@guiltyarchive

Hella scary story about HYBE
The name of GFriend album = Walpurgis Night
Walpurgis night = day of burning witches
GFriend disbandment date May 1
LE SSERAFIM debut May 2
Witches were burnt (disbanded) and the next day sserafim (angel) debuted – there is a year gap but just for ease of understanding

Also Hee-jin Min shareholders' meeting April 30

Translate post

5:32 AM · Apr 28, 2024

**20K** Quote Tweets Retweets Likes

1 50K 39K 28K

**Who can reply?**
Accounts @guiltyarchive follows or mentioned can reply

**Guiltyarchive** @guiltyarchive · Apr 28

Why was Hee-jin Min threatened about the OMG music video
Why do the members that attend DahnWorld foundation's Global Cyber Uni have the crow's feet mark
Ahhhh

I'm overseas please save me

1 6.2K 5.7K

This Post includes a word you muted. View

**Guiltyarchive** @guiltyarchive · Apr 28

Correction
Sorry girls
But it's scary there's something with 22

> Disbandment was on the 22nd
> DahnWorld changed it's name to DahnWorld on the 22nd
> You can tell HYBE is obsessed with 22 if you just look at the HYBE singers…
>
> **Guiltyarchive** @guiltyarchive · 46분
>
> Shit
> So scary
> Really creepy
> What are the odds?
> GFriend's last song MAGO = God that DahnWorld worships…

1 2.2K 3.1K

**Guiltyarchive** @guiltyarchive · Apr 28

I'm scared of posting more
A lot of people posted evidence in the reference section so please check them out

1 243 1.2K

**Guiltyarchive** @guiltyarchive · Apr 28

I clicked like as much as I could
I clicked everything that I saw but there are things that are not true and some are just over interpretation so please filter appropriately
Also if there are replies in the liked posts, please see the thread

1 274 1.3K

**Guiltyarchive** @guiltyarchive · Apr 28

There's been a shit ton of reports but what I posted is just the tip of the iceberg
There is way more

316 1.4K

**Exhibit 1**

*[English translation]*

Home
Notifications
Messages
Lists
Bookmarks
Communities
Profile
More

Tweet

← Tweet

**Guiltyarchive**
@guiltyarchive

I'm a reasonable person so if it was a total nonsense, I wouldn't have even posted it
[BTS] did their debut showcase in Ilchi Art Hall
'Ilchi' in Inchi Art Hall is related to DahnWorld founder

Translate post

This Post is from an account you muted. View

11:46 AM · Apr 28, 2024

**1,970** Quote Tweets Retweets Likes

1 16K 10K 2.7K

**Who can reply?**
Accounts @guiltyarchive follows or mentioned can reply

---

**Guiltyarchive** @guiltyarchive · Apr 28

MAGO, 6960 has been decided and GFriend made its song from it

1 1.6K 1.1K

---

**Guiltyarchive** @guiltyarchive · Apr 28

Ah so much bullshit so I just deleted and uploaded again
They say Shinangchon soy sauce is soy sauce of Chunbukyo, a cult so has nothing to do with DahnWorld

Even the ARMY fans can't deny the rest
I'll upload again phew

1 702 648

---

**Guiltyarchive** @guiltyarchive · Apr 28

Keep talking about other celebrities sigh..
It's HYBE that supposedly has direct connections with DahnWorld and there are members there that attend the school under the DahnWorld foundation. Is that the same as just attending?

That's just like a cult foundation university
Ordinary people can also attend but it's different if they attend
Why do you guys not understand :(

1 473 847

---

**Guiltyarchive** @guiltyarchive · Apr 28

Ah f*ck also the post is about the relationship between HYBE and DahnWorld and just because there was one post about [BTS], the mad people are coming and adding replies and the focus is switching to the idols
If you keep adding replies I'm really going to change the subject so please talk about HYBE
I have a lot to post when I do so no need to worry

275 661

**Exhibit 1**